

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00191-CV

MICHAEL A. ZANCHI, 341 BENNETT, LP,
AND SABAZIA PROPERTY MANAGEMENT, LLC, APPELLANTS

V.

BANK OF THE WEST, APPELLEE

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2014-510,956, Honorable Ruben Gonzales Reyes, Presiding

July 16, 2015

## ORDER ON NOTICE OF BANKRUPTCY

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant 341 Bennett, LP has filed a notice of bankruptcy.  *See* Tex. R. App. P. 8.1.  The notice states the case in bankruptcy was filed July 6, 2015, in the United States District Court for the Eastern District of Texas, Sherman Division.  It bears case number 15-41223.

We therefore abate this appeal until a party files a motion to reinstate or a motion to sever.  *See* TEX. R. APP. P. 8.2, 8.3.  The parties shall promptly inform the Court of

the resolution of the bankruptcy case or some other event authorizing reinstatement of the appeal.

It is so ordered.

Per Curiam